Eric J. Buescher (Bar No. 271323)
eric@baykeeper.org
Nicole C. Sasaki (Bar No. 298736)
nicole@baykeeper.org
Christina D. Ralston (Bar No. 362848)
christie@baykeeper.org
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700

William Carlon (Bar No. 305739)
william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, California 94559
Telephone: (530) 514-4115

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, INC., California non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY AND COMMUNITY CONSERVATION CENTERS, INC.,<br><br>Defendants. | Case No: 3:26-cv-02057<br><br>**PLAINTIFF's CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (Local Rule 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 10, 2026            LAW OFFICE OF WILLIAM CARLON

                         By:    /s/ William Carlon
                                William Carlon
                                Attorney for Plaintiff
                                SAN FRANCISCO BAYKEEPER