ELLEN J. GARBER (SBN 129712)
garber@smwlaw.com
LAUREN M. TARPEY (SBN 321775)
ltarpey@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California  94104
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816

FARIMAH F. BROWN, City Attorney (SBN 201227)
fbrown@berkeleyca.gov
LAUREN S. PACKARD, Dep. City Attorney (SBN 317774)
lpackard@berkeleyca.gov
STEPHEN A. HYLAS, Dep. City Attorney (SBN 319833)
shylas@berkeleyca.gov
CITY OF BERKELEY
2180 Milvia Street, 4th Floor
Berkeley, California  94704-1122
Telephone:    (510) 981-6998
Facsimile:    (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, INC., a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC.,<br><br>Defendants. | Case No. 3:26-cv-02057-TSH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ~~[PROPOSED]~~ ORDER**<br><br>Magistrate Judge:    Thomas S. Hixson<br>Trial Date:              None set<br><br>**Filed concurrently with DECLARATION OF LAUREN TARPEY** |

This Stipulated Request for an Order Changing Time to Answer or Otherwise Plead to Plaintiff's Complaint and Extending Case Management and ADR Deadlines is entered into by and among Plaintiff San Francisco Baykeeper ("Plaintiff") and Defendants City of Berkeley and Community Conservation Centers, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action on March 10, 2026;

WHEREAS, on March 10, 2026 the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, Plaintiff requested on April 7, 2026 that Defendants waive service of the Complaint, and on April 9, 2026 Defendants agreed to waive service;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(ii), the deadline for the Defendants to answer or otherwise respond to the Complaint is June 8, 2026;

WHEREAS, the Parties in this action have agreed to extend the time for the Defendants to answer or otherwise respond to the Complaint by 60 days from June 8, 2026 to August 7, 2026 to allow the Parties time to exchange information and commence discussions concerning the potential settlement of this matter;

WHEREAS, the Parties in this action have agreed that they will not file any motion before August 7, 2026;

WHEREAS, the Parties in this action have agreed to extend each of the deadlines by 60 days in the Court's March 10, 2026 Order Setting Initial Case Management Conference and ADR Deadlines to facilitate settlement discussions; and

WHEREAS, this is the first request for an extension of Defendants' deadline to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the Parties hereby stipulate and agree, pursuant to Civil Local Rules 6-1(b) and 6-2(a), and through their respective counsel, to request an order stating that:

1.     Defendants' time to answer or otherwise respond to the Complaint is

2

extended to August 7, 2026, and that the deadlines in the Court's March 10, 2026 Order Setting Initial Case Management Conference and ADR Deadlines are all modified as follows:

| Case Management Event | Modified Deadline |
|---|---|
| File Certification of Conflicts and Interested Entities or Persons | Upon first appearance (*no modification*) |
| Deadline to file ADR Certification | 7/20/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 7/20/2026 |
| Deadline to make initial disclosures. | 8/3/2026 |
| Deadline to file Joint Case Management Statement. | 8/3/2026 |
| Initial Case Management Conference location: **Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA** | 8/13/2026 at 10:00 AM |

2.     This stipulation will not be considered a general appearance by Defendants.

3.     The dates proposed in this stipulation may be further extended by stipulation of the Parties, and further order of the Court, if settlement negotiations are continuing beyond the deadlines set out herein.

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in this stipulation's content and have authorized its filing.

Respectfully submitted,

DATED:  May 5, 2026                    SHUTE, MIHALY & WEINBERGER LLP


By:        */s/ Ellen J. Garber*
            ELLEN J. GARBER
            LAUREN M. TARPEY

            Attorneys for Defendant
            CITY OF BERKELEY

3

DATED:  May 7, 2026                    GOLDFARB LIPMAN LLP


By:     _____/s/ Vasudha Purohit_____
              VASUDHA PUROHIT

              Attorneys for Defendant
              COMMUNITY CONSERVATON
              CENTERS, INC.


DATED:  May 6, 2026                    LAW OFFICE OF WILLIAM CARLON


By:     _____/s/ William Carlon_____
              WILLIAM CARLON

              Attorneys for Plaintiff
              SAN FRANCISCO BAYKEEPER

4
STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. 3:26-cv-02057-TSH

**PROPOSED** ~~ORDER~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 8, 2026

_T.M. Hix_

Thomas S. Hixson
Magistrate Judge of the United States District
Court

2059118.3

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. 3:26-cv-02057-TSH