ELLEN J. GARBER (SBN 129712)
garber@smwlaw.com
LAUREN M. TARPEY (SBN 321775)
ltarpey@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California  94104
Telephone:    (415) 552-7272
Facsimile:      (415) 552-5816

FARIMAH F. BROWN, City Attorney (SBN 201227)
fbrown@berkeleyca.gov
LAUREN S. PACKARD, Dep. City Attorney (SBN 317774)
lpackard@berkeleyca.gov
STEPHEN A. HYLAS, Dep. City Attorney (SBN 319833)
shylas@berkeleyca.gov
CITY OF BERKELEY
2180 Milvia Street, 4th Floor
Berkeley, California  94704-1122
Telephone:    (510) 981-6998
Facsimile:      (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, INC., a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC.,<br><br>Defendants. | Case No. 3:26-cv-02057-TSH<br><br>**CERTIFICATE OF ELECTRONIC SERVICE**<br><br>Judge:    Thomas S. Hixson<br><br>Trial Date:        None set |

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of San Francisco, State of California.  My business address is 550 California Street, Suite 1200, San Francisco, CA 94104.

On May 11, 2026, I served true copies of the following document(s) described as:

1

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**

**DECLARATION OF LAUREN M. TARPEY**

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER**

on the following interested parties in this action as follows:

Vasudha Purohit                          Attorneys for Defendant
Goldfarb & Lipman LLP                COMMUNITY CONSERVATION
1300 Clay Street, 11th Floor          CENTERS, INC.
Oakland, California  94612
Tel:  (510) 433-6627
Email:  vpurohit@goldfarblipman.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address Weibel@smwlaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 12, 2026, at San Francisco, California.

_David Weibel_
_____
David Weibel

2064068.1

2

CERTIFICATE OF ELECTRONIC SERVICE
Case No. 3:26-cv-02057-TSH