ROGERS JOSEPH O'DONNELL
Jon-Erik W. Magnus (State Bar No. 278242)
jmagnus@rjo.com
Tariq I. Boulad (State Bar No. 330965)
tboulad@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant
COMMUNITY CONSERVATION
CENTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, INC., a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC.,<br><br>Defendants. | Case No. 3:26-cv-02057-TSH<br><br>**COMMUNITY CONSERVATION CENTERS, INC.'S DISCLOSURE STATEMENT (FRCP 7.1)** |

Pursuant to Federal Rule of Civil Procedure 7.1, COMMUNITY CONSERVATION CENTERS, INC., a California Nonprofit Corporation, files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that it is not publicly traded and has no parent company.


Dated:  June 22, 2026                  ROGERS JOSEPH O'DONNELL, PC

                                       By: */s/ Jon-Erik W. Magnus*
                                          Jon-Erik W. Magnus
                                          Tariq I. Boulad

                                          *Attorneys for Defendant*
                                       COMMUNITY CONSERVATION
                                       CENTERS, INC.

COMMUNITY CONSERVATION CENTERS, INC.'S DISCLOSURE STATEMENT;
CASE NO: 3:26-cv-02057-TSH

5400604.1