ROGERS JOSEPH O'DONNELL
Jon-Erik W. Magnus (State Bar No. 278242)
jmagnus@rjo.com
Tariq I. Boulad (State Bar No. 330965)
tboulad@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant
COMMUNITY CONSERVATION
CENTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, INC., a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC.,<br><br>Defendants. | Case No. 3:26-cv-02057-TSH<br><br>**COMMUNITY CONSERVATION CENTERS, INC.'S DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS (Civ. L.R. 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: June 22, 2026            ROGERS JOSEPH O'DONNELL, PC

                                By: */s/ Jon-Erik W. Magnus*
                                   Jon-Erik W. Magnus
                                   Tariq I. Boulad

                                 *Attorneys for Defendant*
                                COMMUNITY CONSERVATION
                                CENTERS, INC.

COMMUNITY CONSERVATION CENTERS, INC.'S DISCLOSURES; CASE NO: 3:26-cv-02057-TSH

5400603.1