ELLEN J. GARBER (SBN 129712)
garber@smwlaw.com
LAUREN M. TARPEY (SBN 321775)
ltarpey@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California 94104
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816

FARIMAH F. BROWN, City Attorney (SBN 201227)
fbrown@berkeleyca.gov
LAUREN S. PACKARD, Dep. City Attorney (SBN 317774)
lpackard@berkeleyca.gov
STEPHEN A. HYLAS, Dep. City Attorney (SBN 319833)
shylas@berkeleyca.gov
CITY OF BERKELEY
2180 Milvia Street, 4th Floor
Berkeley, California 94704-1122
Telephone:    (510) 981-6998
Facsimile:    (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, INC., a California non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC., <br><br> Defendants. | Case No. 3:26-cv-02057-TSH <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER** <br><br> Judge:    Thomas S. Hixson <br><br> Trial Date:    None set <br><br> **Filed Concurrently with Declaration of Lauren M. Tarpey** |

This second Stipulated Request for an Order Changing Time to Answer or Otherwise Plead to Plaintiff's Complaint and Extending Case Management and ADR Deadlines is entered into by and among Plaintiff San Francisco Baykeeper ("Plaintiff") and Defendants City of Berkeley and Community Conservation Centers, Inc. ("Defendants")

1

(collectively, the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiff filed a Complaint for Declaratory and Injunctive Relief and Civil Penalties in this action on March 10, 2026;

WHEREAS, on March 10, 2026 the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, on May 8, 2026, the Court granted the Parties' Stipulated Request for Order Changing Time, which extended the deadline for Defendants to answer or otherwise respond to the Complaint by 60 days from June 8, 2026 to August 7, 2026, and which extended by 60 days each of the deadlines in the Court's March 10, 2026 Order Setting Initial Case Management Conference and ADR Deadlines to facilitate settlement discussions, *see* ECF No. 11 ("Order Granting Stipulation"); and

WHEREAS, the Parties in this action have entered into settlement discussions; and

WHEREAS, the Parties in this action have agreed to extend the time for the Defendants to answer or otherwise respond to the Complaint from August 7, 2026 to November 16, 2026, to allow the Parties time to continue exchanging information and to continue discussions concerning the potential settlement of this matter, and additionally to ensure that the parties may attend the Case Management Conference before Defendants must answer or respond to the Complaint;

WHEREAS, the Parties in this action have agreed that they will not file any motion before November 16, 2026;

WHEREAS, the Parties in this action have agreed to extend by 60 days, or as otherwise set forth in the table below, each of the remaining deadlines in the Court's May 8, 2026 Order Granting Stipulation to facilitate continued settlement discussions; and

WHEREAS, this is the second request for an extension of Defendants' deadline to answer or otherwise respond to the Complaint;

NOW, THEREFORE, the Parties hereby stipulate and agree, pursuant to Civil Local Rules 6-1(b) and 6-2(a), and through their respective counsel, to request an order stating that:

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
Case No. 3:26-cv-02057-TSH

1.      Defendants' time to answer or otherwise respond to the Complaint is extended to November 16, 2026 and that the deadlines in the Court's May 8, 2026 Order Granting Stipulation are all modified as follows:

| Case Management Event | Modified Deadline |
|---|---|
| Deadline to file ADR Certification | 9/18/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | 8/13/2026 |
| Deadline to make initial disclosures. | 10/2/2026 |
| Deadline to file Joint Case Management Statement. | 10/2/2026 |
| Initial Case Management Conference location: **Courtroom E, 15th Floor, 450 Golden Gate Ave., San Francisco, CA** | 10/15/2026 at 10:00 AM |

2.      The dates proposed in this stipulation may be further extended by stipulation of the Parties, and further order of the Court, if settlement negotiations are continuing beyond the deadlines set out herein.

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in this stipulation's content and have authorized its filing.

Respectfully submitted,

DATED:  July 6, 2026                    SHUTE, MIHALY & WEINBERGER LLP


By:         /s/ *Ellen J. Garber*
                ELLEN J. GARBER
                LAUREN M. TARPEY

                Attorneys for Defendant
                CITY OF BERKELEY

/ / /

/ / /

/ / /

/ / /

/ / /

3

DATED:  July 6, 2026                    ROGERS JOSEPH O'DONNELL

By:     /s/ *Jon-Erik Magnus*
         JON-ERIK MAGNUS

Attorneys for Defendant
COMMUNITY CONSERVATON
CENTERS, INC.

DATED:  July 6, 2026                    LAW OFFICE OF WILLIAM CARLON

By:     /s/ *William Carlon*
         WILLIAM CARLON

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
Case No. 3:26-cv-02057-TSH

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2026

_____

Thomas S. Hixson
Magistrate Judge of the
United States District Court

2087203.1

STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
Case No. 3:26-cv-02057-TSH