ELLEN J. GARBER (SBN 129712)
garber@smwlaw.com
LAUREN M. TARPEY (SBN 321775)
ltarpey@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
550 California Street, Suite 1200
San Francisco, California  94104
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816

FARIMAH F. BROWN, City Attorney (SBN 201227)
fbrown@berkeleyca.gov
LAUREN S. PACKARD, Dep. City Attorney (SBN 317774)
lpackard@berkeleyca.gov
STEPHEN A. HYLAS, Dep. City Attorney (SBN 319833)
shylas@berkeleyca.gov
CITY OF BERKELEY
2180 Milvia Street, 4th Floor
Berkeley, California  94704-1122
Telephone:    (510) 981-6998
Facsimile:    (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, INC., a California non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BERKELEY and COMMUNITY CONSERVATION CENTERS, INC.,<br><br>　　　　　Defendants. | Case No. 3:26-cv-02057-TSH<br><br>**DECLARATION OF LAUREN M. TARPEY**<br><br>Magistrate Judge:　Thomas S. Hixson<br>Trial Date:　　　　None set |

I, Lauren M. Tarpey, declare as follows:

1.　　I am an attorney licensed to practice in the State of California and an associate at Shute, Mihaly & Weinberger LLP, attorneys for Defendant City of Berkeley.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true.  If

1

DECLARATION OF LAUREN M. TARPEY
Case No. 3:26-cv-02057-TSH

called as a witness, I could and would competently testify to the matters stated herein.

2.    Plaintiff San Francisco Baykeeper ("Plaintiff") and Defendants City of Berkeley and Community Conservation Centers, Inc. ("Defendants") (collectively, the "Parties") are filing a second Stipulated Request for an Order Changing Time to Answer or Otherwise Plead to Plaintiff's Complaint and Extending Case Management and ADR Deadlines ("Stipulated Request") pursuant to Local Rules 6-1(b) and 6-2(a). This Declaration is filed in support of that Stipulated Request pursuant to Local Rule 6-2(a).

3.    As stated in the Stipulated Request, the Parties seek to extend Defendants' deadline to answer or otherwise respond to the complaint from August 7, 2026 to November 16, 2026, and to extend the deadlines in the Court's May 8, 2026 Order Granting the Parties' Stipulated Request for Order Changing Time by 60 days, or as otherwise shown in the table in the Stipulated Request.

4.    The extension of 60 days of most currently-pending litigation deadlines is necessary to allow the Parties sufficient time to continue engage in settlement discussions. The Parties have begun exchanging their respective testing and technical analyses to facilitate settlement discussions. The Parties need additional time to review and compare these analyses and to engage in settlement discussions.

5.    The extension of the Defendants' deadline to answer or otherwise respond to the Complaint is necessary to allow the Parties time to first attend the Case Management Conference before Defendants must answer or respond to the Complaint.

6.    This is the second request for any time modification in this case.

7.    The requested time modification would delay the Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint from August 7, 2026 to November 16, 2026.

8.    The requested modification would delay the Parties' Rule 26(f) conference from July 20, 2026 to August 13, 2026.

9.    The requested modification would delay the Case Management Conference from August 13, 2026 to October 15, 2026 to account for the Court's weekly court

2

DECLARATION OF LAUREN M. TARPEY
Case No. 3:26-cv-02057-TSH

calendar schedule.

10.    The requested modification would delay by 60 days all other currently-pending case management and ADR deadlines set out in the Court's May 8, 2026 Order Granting the Parties' Stipulated Request for Order Changing Time, as set out in the Stipulated Request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 6th day of July, 2026, at San Francisco, California.

/s/ *Lauren M. Tarpey*
LAUREN M. TARPEY

2086627.2

3

DECLARATION OF LAUREN M. TARPEY
Case No. 3:26-cv-02057-TSH