**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## SETTLEMENT CONFERENCE PLANNING/SCHEDULING CALL MINUTES

| | | |
|---|---|---|
| **Date:** October 6, 2026 | **Time:** 3:00 PM - 3:39 PM (39 minutes) | **Judge:** Kandis A. Westmore |
| **Case No.**: 26-cv-02057-TSH | **Case Name:** San Francisco Baykeeper v. City of Berkeley | |

**For Plaintiff:** Christina Ralston, Nicole Sasaki, William Carlon
**For Defendant City of Berkeley:** Ellen Garber, Lauren Tarpey, Lauren Packard, Stephen Hylas
**For Defendant Community Conservation Centers, Inc.:** Jon−Erik Magnus

**Deputy Clerk:** Cindy C. Fan **Court Reporter:** Not Reported/Recorded

## PROCEEDINGS

Settlement Conference Planning/Scheduling Call held via Zoom Conference Call.
Deputy City Attorneys Lauren Packard and Stephen Hylas to file Notices of Appearance in the case.
An in-person Settlement Conference is scheduled for **12/4/2026 at 10:00 am, Courtroom to be determined**. Settlement Conference Statements due on **11/20/2026**.

The parties are directed to review and comply with the Court's settlement conference standing order available at: www.cand.uscourts.gov/judges/westmore-kandis-a-kaw